```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 44282
   CORINE H HOWARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8736

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/01/2004 and was confirmed 02/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED            1446.70         .00        1446.70
EQUITY ONE                CURRENT MORTG     13281.86         .00       13281.86
EQUITY ONE                MORTGAGE ARRE         .00          .00            .00
GREAT AMERICAN FINANCE    SECURED             763.00       44.88         664.82
GREAT AMERICAN FINANCE    UNSECURED             .26          .00            .00
WELLS FARGO AUTO FINANCE  SECURED           28049.00     3780.37       13504.73
WELLS FARGO AUTO FINANCE  UNSECURED          8742.66         .00            .00
AMERICAN GENERAL FINANCE  UNSECURED            15.27         .00            .00
AMERICAN GENERAL FINANCE  UNSECURED          1780.92         .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED        .00            .00
CALIFORNIA COLLEGE        UNSECURED         NOT FILED        .00            .00
CHICAGO IMAGING           UNSECURED         NOT FILED        .00            .00
CHICAGO STATE UNIVERSITY  UNSECURED         NOT FILED        .00            .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED        .00            .00
RIVER OAKS HONDA YUGO     UNSECURED         NOT FILED        .00            .00
T MOBILE                  UNSECURED         NOT FILED        .00            .00
AMERICAN GENERAL FINANCE  SECURED            1500.00      148.31         879.02
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                TRUSTEE                                      2,117.93
DEBTOR REFUND             REFUND                                           9.38

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            38,578.00

PRIORITY                                      .00
SECURED                                 29,777.13
    INTEREST                             3,973.56
UNSECURED                                     .00
ADMINISTRATIVE                           2,700.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 44282 CORINE H HOWARD
```

```
TRUSTEE COMPENSATION                                           2,117.93
DEBTOR REFUND                                                      9.38
                                           ----------------    ----------------
TOTALS                                            38,578.00           38,578.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 05/23/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                          PAGE   2
       CASE NO. 04 B 44282 CORINE H HOWARD